LILLIAN G. GOWDY, RESPONDENT, v. STATE BOARD OF EDUCATION AND BOARD OF EDUCATION OF PATERSON, APPELLANT.

Submitted December 8, 1913—Decided January 29, 1914.

On appeal from the Supreme Court, whose opinion is reported in 55 *Vroom* 231.

For the respondent, *Michael Dunn.*

For the appellant, *Edward F. Merrey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, JJ. 12.

*For reversal*—None.

---

MAUDE F. HOMER, RESPONDENT, v. STATE BOARD OF EDUCATION AND BOARD OF EDUCATION OF PATERSON, APPELLANT.

Submitted December 8, 1913—Decided January 29, 1914.

On appeal from the Supreme Court.

For the respondent, *Michael Dunn.*

For the appellant, *Edward F. Merrey.*